MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
AKKE LEVIN
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Email:       ferrariom@gtlaw.com
             akke.levin@gtlaw.com

*Attorneys for BC Licensing, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BC LICENSING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CRC RESTAURANT GROUP, LLC, an Arizona limited liability company; DOES I-X, ROES I-X,<br><br>Defendants. | Case No.<br><br>**COMPLAINT** |

Plaintiff BC LICENSING, LLC, by and through its counsel of record, the law firm of Greenberg Traurig, LLP, and for its claims against Defendant CRC RESTAURANT GROUP, LLC, states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.   BC Licensing, LLC ("Plaintiff" or "Big Chicken"), is a Nevada limited liability company, authorized to do business nationwide, including in Clark County, Nevada.

2.   Upon information and belief, defendant CRC RESTAURANT GROUP, LLC ("CRC") is an Arizona limited liability company conducting business in Arizona and elsewhere in the United States.

/ / /

3. The true names and capacities, whether individual, corporate, associate, or otherwise, of the fictitious Defendants named as Does I-X and Roes I-X are unknown to Plaintiff at this time. Upon information and belief, Plaintiff alleges that each such fictitious Defendant was in some way responsible for, participated in, or contributed to or is otherwise legally responsible for the events and happenings alleged in this Complaint. If and when Plaintiff ascertains the above, it will seek leave to amend this Complaint to assert the true names and capacities of the fictitious Defendants and to join them in these proceedings.

4. This Court has jurisdiction over the case under 28 U.S.C. § 1332, because there is complete diversity between Plaintiff and CRC, and the amount in controversy exceeds $75,000 exclusive of costs and interest.

5. CRC's members are citizens of Arizona.

6. Plaintiff and its members are citizens of Nevada.

7. Plaintiff seeks more than $5 million in damages from Defendants.

8. Venue is proper in this Court because Big Chicken and CRC agreed to litigate claims in Nevada state court or in this United States District Court for the District of Nevada.

## FACTUAL BACKGROUND

9. This is an action against CRC for breach of contract.

10. Big Chicken contracts with franchisees for the right to own and operate a fast casual restaurant using the Big Chicken trademarks and system.

11. Big Chicken is a fast-casual restaurant concept that features freshly prepared chicken sandwiches and chicken tenders, along with side dishes, salads, ice cream, and beverages.

12. On December 8, 2021, CRC contracted with Big Chicken to develop up to twelve Big Chicken restaurants in Arizona under a Development Agreement.

13. The Development Agreement granted CRC the right to develop, and imposed the obligation to develop, up to twelve franchises of a fast casual restaurant using the Big Chicken trademarks in Arizona by December 31, 2028 (with interim deadlines included).

///

///

2

ACTIVE 716232153v1

14. CRC represented that it had the requisite expertise and financial resources to open and operate multiple licensed businesses at the same time in the territory identified in the Development Agreement.

15. CRC had the sole responsibility for planning its development activities to allow sufficient time to complete the entire site approval, document execution, and build-out process to open each licensed business by no later than the dates set out in the Development Agreement.

16. By entering into the Development Agreement, CRC agreed that it had conducted its own investigation and that no representations had been made that were not set forth in the Development Agreement.

17. The development deadline for the first store was December 31, 2022.

18. The Development Agreement grants Big Chicken the right to terminate the Agreement for CRC's failure to meet the development deadlines.

19. On December 8, 2021, CRC contracted with Big Chicken to operate a Big Chicken restaurant in a to-be-determined location in Arizona under a License Agreement. CRC failed to timely develop and open any other Big Chicken restaurants as required under the Development Agreement.

20. In March 2023, CRC opened a Big Chicken location in Gilbert, Arizona ("Gilbert Location"), but made operational errors that led to the ultimate failure of the Gilbert Location.

21. In November 2024, CRC advised Big Chicken that it intended to close the Gilbert Location on January 5, 2025, well prior to the expiration of the License Agreement.

22. On December 27, 2024, Big Chicken sent CRC a notice of termination of the Development Agreement and License Agreement for CRC's material breaches of these Agreements.

23. Big Chicken permitted CRC to continue operating the Gilbert Location post-termination to permit CRC the opportunity to sell the restaurant.

24. In May 2025, CRC sold the Gilbert Location to a third-party. Big Chicken consented to the transfer, but CRC and Big Chicken did not exchange releases.

/ / /

/ / /

/ / /

3

ACTIVE 716232153v1

## FIRST CAUSE OF ACTION

**(Breach of contract against CRC)**

25. Big Chicken repeats and realleges its prior allegations and incorporates them as if fully set forth herein.

26. Big Chicken and CRC entered into a valid Development Agreement.

27. Big Chicken performed its obligations under the Development Agreement by providing CRC the right to develop up to twelve fast casual restaurants that do business with the public using the Big Chicken trademarks.

28. CRC breached the Development Agreement by failing to timely open and operate two Big Chicken restaurants in Arizona area by December 31, 2024.

29. As a direct result of CRC's breaches, Big Chicken has incurred more than $5 million in damages in lost royalties.

30. As a further result of CRC's breaches, Big Chicken has incurred attorneys' fees and costs to bring this lawsuit and is entitled to recover them.

WHEREFORE, Plaintiff Big Chicken prays for judgment as follows:

1. For an award of compensatory and special damages;

2. For attorneys' fees and costs;

3. For pre-judgment and post-judgment interest; and

4. For such other and further relief as the Court may deem just and proper.

DATED this 6th day of November, 2025.

**GREENBERG TRAURIG LLP**

*/s/ Akke Levin*
MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
AKKE LEVIN
Nevada Bar No. 09102
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for BC Licensing, LLC*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)