MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
AKKE LEVIN
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Email:      ferrariom@gtlaw.com
             akke.levin@gtlaw.com

*Attorneys for BC Licensing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BC LICENSING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CRC RESTAURANT GROUP, LLC, an Arizona limited liability company; DOES I-X, ROES I-X,<br><br>Defendants.<br>─────────────────────────────<br>CRC RESTAURANT GROUP, LLC, an Arizona limited liability company,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>BC LICENSING, LLC, a Nevada limited liability company, PERRY ROGERS, an individual; COREY JENKINS, an individual; JOSHUA HALPERN, an individual; MATTHEW SILVERMAN, an individual; SAMUEL STANOVICH, an individual; BRIAN COCHRAN, an individual; DOES I-X, ROES IX, | Case No.  2:25-cv-02200-GMN-NJK<br><br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE DEADLINE FOR BC LICENSING, LLC TO RESPOND TO CRC RESTAURANT GROUP, LLC'S COUNTERCLAIM**<br><br>**(FIRST REQUEST)** |

1

ACTIVE 720237872v1

IT IS HEREBY STIPULATED, between Plaintiff/Counter-Defendant BC LICENSING, LLC ("BC Licensing") and Defendant/Counterclaimant CRC Restaurant Group, LLC ("CRC"), by and through their respective undersigned counsel, as follows:

1.     On February 17, 2026, CRC filed an answer to BC Licensing's complaint and counterclaim. *See* ECF No. 7.

2.     CRC's counterclaim not only names BC Licensing but also adds Perry Rogers, Corey Jenkins, Joshua Halpern, Matthew Silverman, Samuel Stanovich, and Brian Cohran as counter-defendants (collectively, the "additional counter-defendants"). *Id*. at 1.

3.     On February 23, 2026, the Court issued summons to all additional counter-defendants. ECF No. 15.  The additional counter-defendants have not yet been served with the counterclaim.

4.     The current deadline for BC Licensing to answer or otherwise move to the counterclaim is March 10, 2026.

5.     Good cause exists to extend this deadline for BC Licensing.  Although undersigned counsel represents BC Licensing for purposes of bringing its breach of contract claim against CRC, all counter-defendants, including BC Licensing, are exploring insurance coverage which may result in separate counsel for purposes of defending against the counterclaim.

6.     Setting a single deadline to answer or otherwise move to the counterclaim for all counter-defendants promotes efficiency for the Court, the parties, and their counsel.

7.     The parties stipulate and propose April 17, 2026, as the new deadline for all counter-defendants, including BC Licensing, to answer or otherwise move to the counterclaim.  This date should allow sufficient time to serve all counter-defendants, to explore and retain insurance counsel, and for new counsel to prepare a response.

/ /

/ /

/ /

/ /

/ /

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

2

ACTIVE 720237872v1

This is the first request to extend the deadline for BC Licensing to respond to the Counterclaim.

Dated this 9th day of March 2026.

**GREENBERG TRAURIG, LLP**

By: /s/ Akke Levin
MARK E. FERRARIO
Nevada Bar No. 01625
AKKE LEVIN
Nevada Bar No. 09102
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for BC Licensing, LLC*

Dated this 9th day of March 2026.

**BAILEY KENNEDY**

By: /s/ Joseph A. Liebman
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JAROD B. PENNIMAN
NEVADA BAR NO. 16299
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302

MARISA RAUCHWAY
*Pro Hac Vice*
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068

*Attorneys Defendant/Counterclaimant CRC Restaurant Group, LLC*

IT IS SO ORDERED:

_____
United States Magistrate Judge
Dated:  March 10, 2026

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

3

ACTIVE 720237872v1