JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JAROD B. PENNIMAN
Nevada Bar No. 16299
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JLiebman@BaileyKennedy.com
JPenniman@BaileyKennedy.com

MARISA RAUCHWAY
*(Admitted Pro Hac Vice)*
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 325-1500
MRauchway@csglaw.com

*Attorneys for Defendant/Counterclaim Plaintiff*
*CRC Restaurant Group, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BC LICENSING, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> CRC RESTAURANT GROUP, LLC, an Arizona limited liability company; DOES I-X, ROES I-X, <br><br> Defendants. <br> _____ <br> CRC RESTAURANT GROUP, LLC, an Arizona limited liability company, <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> BC LICENSING, LLC, a Nevada limited liability company, PERRY ROGERS, an individual; COREY JENKINS, an individual; JOSHUA HALPERN, an individual; MATTHEW SILVERMAN, an individual; SAMUEL | Case No.  2:25-cv-02200-GMN-NJK <br><br> **STIPULATION AND ORDER: (1) TO PERMIT COUNTERCLAIM PLAINTIFF CRC RESTAURANT GROUP, LLC TO FILE AMENDED COUNTERCLAIMS; and (2) TO SET DEADLINE FOR COUNTERCLAIM DEFENDANTS TO RESPOND TO AMENDED COUNTERCLAIMS** |

*(left margin:)* BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Page **1** of 4

STANOVICH, an individual; BRIAN COCHRAN, an individual; DOES I-X, ROES I-X,

Counterclaim Defendants.

IT IS HEREBY STIPULATED, between Plaintiff BC LICENSING, LLC ("BC Licensing"); Defendant/Counterclaimant CRC Restaurant Group, LLC ("CRC"), and Counterclaim Defendants BC LICENSING, LLC, PERRY ROGERS, COREY JENKINS, JOSHUA HALPERN, MATTHEW SILVERMAN, SAMUEL STANOVICH, and BRIAN COCHRAN ("Counterclaim Defendants"), by and through their respective undersigned counsel, as follows:

1. On February 17, 2026, CRC filed an answer to BC Licensing's complaint as well as various counterclaims.  ECF 7.

2. CRC's counterclaims includes BC Licensing as a counterclaim defendant and adds Perry Rogers, Corey Jenkins, Joshua Halpern, Matthew Silverman, Samuel Stanovich, and Brian Cohran as additional counterclaim counterdefendants.  *Id*. at 1.

3. On March 10, 2026, the Court entered a Stipulation and Order.  ECF 19.  The Stipulation and Order set a singular deadline (April 17, 2026) for all of the Counterclaim Defendants to respond to the counterclaims.  However, at that point, only BC Licensing had been served with the counterclaims.

4. Service was not completed with respect to the remaining Counterclaim Defendants until they formally waived service on April 14, 2026.  Under FRCP 4, the remaining Counterclaim Defendants thus had 60 days to respond to the counterclaims.

5. CRC informed Counterclaim Defendants, through counsel, that it intended to amend its counterclaims under FRCP 15 and requested consent to do so.

6. CRC and the Counterclaim Defendants agreed to permit CRC to amend its counterclaims, and that as a result, Counterclaim Defendants would not respond to the pending counterclaims, and instead would respond to the amended counterclaims within 30 days of filing.

7. Accordingly, the Parties agree that CRC will file an amended pleading/counterclaims on or

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Page **2** of **4**

before May 12, 2026. Counterclaim Defendants will then have 30 days to respond to the amended counterclaims.

8. Although there was a first request to extend the deadline for BC Licensing to respond to the original counterclaims, this is the first request to extend the deadline for the Counterclaim Defendants to respond to amended counterclaims.

Dated this 8th day of May, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Akke Levin*
MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff BC Licensing, LLC*

Dated this 8th day of May, 2026

**BAILEY KENNEDY**

*/s/ Joseph A. Liebman*
JOSEPH A. LIEBMAN, ESQ.
Nevada Bar No. 10125
JAROD B. PENNIMAN, ESQ.
Nevada Bar No. 16299
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302

MARISA RAUCHWAY, ESQ. (*Pro Hac Vice*)
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068

*Attorneys for Defendant/Counterclaimant CRC Restaurant Group*

Dated this 8th day of May, 2026

**GORDON REESE SCULLY MANSUKHANI, LLP**

*/s/ Bradley G. Taylor*
BRADLEY G. TAYLOR, ESQ.
Nevada Bar No. 13778
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101

CANDICE NAM (*Pro Hac Vice*)

*Attorneys for Counterclaim Defendants BC Licensing, LLC, Perry Rogers, Corey Jenkins, Joshua Halpern, Matthew Silverman, Samuel Stanovich, and Brian Cochran*

IT IS SO ORDERED.
Dated:  May 11, 2026

_____
Nancy J. Koppe
United States Magistrate Judge