JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JAROD B. PENNIMAN
Nevada Bar No. 16299
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JLiebman@BaileyKennedy.com
JPenniman@BaileyKennedy.com

*Attorneys for Defendant/Counterclaim Plaintiff CRC Restaurant Group, LLC and Counterclaim Plaintiffs Steve Christensen, Mike Craddick and Reid Richards*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BC LICENSING, LLC, a Nevada limited liability company,

Plaintiff,

vs.

CRC RESTAURANT GROUP, LLC, an Arizona limited liability company; DOES I-X, ROES I-X,

Defendants.

---

CRC RESTAURANT GROUP, LLC, an Arizona limited liability company; STEVE CHRISTENSEN, an individual; MIKE CRADDICK, an individual; REID RICHARDS, an individual,

Counterclaim Plaintiffs,

vs.

BC LICENSING, LLC, a Nevada limited liability company, PERRY ROGERS, an individual; COREY JENKINS, an individual; JOSHUA HALPERN, an individual; MATTHEW SILVERMAN, an individual; SAMUEL STANOVICH, an individual; BRIAN COCHRAN, an individual; DOES I-X, ROES I-X,

Counterclaim Defendants.

Case No. 2:25-cv-02200-GMN-NJK

**SUBSTITUTION OF ATTORNEY**

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

## SUBSTITUTION OF ATTORNEY

Defendant/Counterclaim Plaintiff CRC Restaurant Group, LLC and Counterclaim Plaintiffs Steve Christensen, Mike Craddick and Reid Richards hereby substitute Marisa Rauchway of Potomac Law Group, PLLC, 1177 Avenue of the Americas, Fifth Floor, New York, New York 10036; telephone (201) 704-9996; mrauchway@potomaclaw.com, as attorney of record in place and stead of Chiesa Shahinian & Giantomasi PC.[1]

DATED: August 20, 2026.

CRC Restaurant Group, LLC

By: [signature] Steve Christensen (Aug 20, 2026 12:10:56 PDT)
Steve Christensen

Title: Authorized Representative

DATED: 20/08/2026

[signature] Steve Christensen (Aug 20, 2026 12:10:56 PDT)
Steve Christensen

DATED: 20/08/2026

Mike Craddick
Mike Craddick (Aug 20, 2026 13:29:49 EDT)
Mike Craddick

DATED: 02/09/2026

Reid Richards
Reid Richards (Sep 4, 2026 08:46:31 PDT)
Reid Richards

We consent to the above substitution.

DATED: 20/08/2026

CHIESA SHAHINIAN & GIANTOMASI PC

**By:** Mallik Yamusah
Mallik Yamusah (Aug 20, 2026 14:55:48 EDT)

**Mallik Yamusah, Esq.**
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: 973.325.1500

[1] Marisa Rauchway previously was employed by Chiesa Shahinian & Giantomasi PC and thus has already been admitted *pro hac vice* by this Court.



BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 20/08/2026

POTOMAC LAW GROUP, PLLC

By:
MARISA RAUCHWAY
(*Admitted Pro Hac Vice*)

Please check one: X___ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: September 8, 2026

United States Magistrate Judge

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820